# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**J.S.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and
**GUARDIAN AD LITEM,**
Appellees.

No. 4D22-1280

[November 21, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose A. Izquierdo, Judge; L.T. Case No. 21-1137DP.

J.S., the mother, Hollywood, pro se.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Krystle Cacci, Certified Legal Intern of Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian Ad Litem.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***